## GREEN V. THE STATE.

(Decided May 15, 1913.)

APPEAL from Tallapoosa Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No error of record and the cause is affirmed.

---

## HIGGENBOTHAM V. CITY OF TUSCALOOSA. ·

(two cases.)

(Decided April 24, 1913.)

. APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for either party.

Per curiam. Appeal dismissed for want of assignment of error.

---

## HOFFMAN V. SAXON.

(Decided April 15, 1913.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. LUM DUKE.

R. C. SMITH, and A. E. BARNETT, for appellant. BARNES & DENSON, appellee.

Per curiam. Appeal dismissed on motion of appellant.

---

## HUBBARD V. THE STATE.

(Decided May 22, 1913.)

APPEAL from Franklin Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.